AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

District of _____ Minnesota _____

## EXEMPLIFICATION CERTIFICATE

I, _____ Richard D. Sletten _____, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

Judgment 13-cv-603 (DWF/JJG)

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at Minneapolis _____ on _____ 7/31/2015 _____
_____ City _____ _____ Date _____

**RICHARD D. SLETTEN**
Clerk                                    (By) Deputy Clerk

I, _____ Ann D. Montgomery _____, a Judicial Officer of this Court, certify that _____ Richard D. Sletten _____, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

August 1, 2015
Date                                     Signature of Judge

                                         U.S. District Court Judge
                                         Title

I, _____ Richard D. Sletten _____, Clerk of this United States District Court, keeper of the seal, certify that the Honorable _____ Ann D. Montgomery _____,
                                                                                    Judge

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at _____ 8/4/15 _____
Minneapolis _____ in this State, on
_____ City _____ _____ Date _____

**RICHARD D. SLETTEN**
Clerk                                    (By) Deputy Clerk

# UNITED STATES DISTRICT COURT
## District of Minnesota

U.S. Bank National Association
d/b/a U.S. Bank Equipment Finance
          Plaintiff(s)

V.

TKSA Enterprise, Inc., a Texas corporation,
Kauser F. Khan and Dineshkumar Patel,
individually
          Defendant(s)

**JUDGMENT BY DEFAULT**

Case Number: 13-CV-00603 (DWF/JJG)

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant(s) **TKSA Enterprise, Inc., a Texas corporation, Kauser F. Khan and Dineshkumar Patel, individually**, have been duly served with process, that more than twenty-one (21) days have elapsed since said service, and that said defendant(s) have failed to appear or plead in this cause;

Now, on motion of said plaintiff's attorney, a default is hereby entered and it is

**CONSIDERED, ORDERED AND ADJUDGED,** that the above-named plaintiff(s) does have and recover of and from said defendant(s) the sum of Two hundred Forty-two thousand, Four hundred Eight Dollars and Forty-eight Cents ($242,408.48).

Judgment signed this 19th day of November, 2014.

RICHARD D. SLETTEN, CLERK

s/L. Brennan
(By) L. Brennan      Deputy Clerk

| | |
|---|---|
| Principal/Damages | $183,343.88 |
| Costs and Disbursements | |
| Interest to | $59,064.60 |
| Surcharge | |
| **TOTAL JUDGMENT** | **$242,408.48** |